IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**GARY JACKSON**,   *

*Plaintiff*,   *

v.   *   Civil Case No.: 1:22-cv-01847-JMC

**UNITED STATES OF AMERICA**,
   *

*Defendant*.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM OPINION AND ORDER

Presently before the Court is Plaintiff's Counsels' (Mr. John R. Unruh of Unruh Law, P.C. and Ms. Mary Woodruff of Woodruff Law Firm, LLC) Motions to Withdraw Appearance (the "Motions"). (ECF Nos. 36, 37).[1] The Motions request that the Court give leave for Mr. Unruh and Ms. Woodruff to withdraw from representation of Plaintiff Gary Jackson. Plaintiff has not presented any opposition to this Motion. *See* Loc. R. 105.2 (D. Md. 2023). No hearing is necessary. Loc. R. 105.6 (D. Md. 2023). For the reasons set forth below, Plaintiff's Counsels' Motions are hereby **GRANTED**.

When counsel wishes to withdraw its appearance in the case of an individual, such as Plaintiff Jackson, counsel must adhere to Local Rule 101.2(a).[2] Accordingly, Plaintiff's Counsel

---

[1] The Court acknowledges that Plaintiff's Counsel both submitted Motions to Withdraw as "undersigned counsel for Defendant GARY JACKSON," but the record makes clear that both Mr. Unruh and Ms. Woodruff entered their appearance in this case on behalf of Gary Jackson, the Plaintiff, so the Court construes the Motion as such.

[2] In the case of an individual, appearance of counsel may be withdrawn only with leave of court and if (1) appearance of other counsel has been entered, or (2) withdrawing counsel files a certificate stating (a) the name and last known address of the client, and (b) that a written notice has been mailed to or otherwise served upon the client at least seven (7) days previously advising the client of counsel's proposed withdrawal and notifying the client either to have new counsel enter an appearance or to advise the Clerk that the client will be proceeding without counsel. If the withdrawal of counsel's appearance is permitted, the Clerk shall notify the party that the party will be deemed to be proceeding without counsel unless and until new counsel enters an appearance on behalf of the party. Loc. R. 101.2(a) (D. Md. 2023).

has filed a certificate stating Plaintiff's last known address. *See* (ECF Nos. 36 at p. 2; ECF No. 37 at p. 4).[3] Additionally, Plaintiff's Counsel provided Plaintiff with written notice on September 14, 2023, that Plaintiff's Counsel intended to withdraw and that Plaintiff should either obtain new counsel or notify the Clerk that Plaintiff intends to proceed *pro se*. (ECF Nos. 36-1 at p. 1; ECF No. 37-1 at p. 1). Therefore, Plaintiff's Counsel has complied with Local Rule 101.2(a), and Plaintiff's Counsel is given leave to withdraw its appearance on behalf of Plaintiff Gary Jackson.

Accordingly, it is this <u>10th</u> day of <u>October 2023</u>, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

1. The Motions to Withdraw Appearance (ECF Nos. 36, 37) are **GRANTED**;
2. The Clerk SHALL MAIL a copy of this Order to Plaintiff;
3. The Clerk SHALL NOTIFY Plaintiff Gary Jackson that he will be deemed to be proceeding without counsel unless and until new counsel enters an appearance within 30 days from the date of this order.

Date: October 10, 2023                                   /s/
                                                                   J. Mark Coulson
                                                                   United States Magistrate Judge

---

[3] When the Court cites to a particular page number or range, the Court is referring to the page numbers located in the electronic filing stamps provided at the top of each electronically filed document.